HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDALL NOZAWA,

        Plaintiff,

    v.

VOLVO CARS OF NORTH AMERICA, LLC, a Delaware corporation,

        Defendant.

Case No. C06-5067RBL

ORDER OF DISMISSAL

THIS MATTER is before the court following its Order to Show Cause dated August 17, 2006. That Order, in turn, followed the withdrawal of Plaintiff's counsel in April 2006. Plaintiff has informed the court that he cannot locate new counsel. In the meantime it has been almost six months since Plaintiff's Rule 26 disclosures were due. It has been more than 30 days since the Plaintiff was informed that, in the absence of compliance with the Rules, the matter would be dismissed for failure to prosecute. The Plaintiff has not located counsel or sought to prosecute the action pro se.

Therefore, this matter is DISMISSED without prejudice for failure to prosecute.

DATED this 27th day of October, 2006

                    /s/ Ronald B. Leighton
                    RONALD B. LEIGHTON
                    UNITED STATES DISTRICT JUDGE